ORDERED UNSEALED on 12/10/2024   s/ scotttweedle


~~SEALED~~
s/ scotttweedle



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '24 CR2488 DMS |
| v. | I N D I C T M E N T |
| FERNANDO VALENZUELA AYUB, | Title 18, U.S.C., Sec. 1956(a)(1)(B)(i) – Concealment Money Laundering; Title 18, U.S.C., Secs. 982(a)(1) and 982(b) – Criminal Forfeiture |
| Defendant. | |

The grand jury charges:

On or about December 14, 2023, within the Southern District of California, and elsewhere, defendant FERNANDO VALENZUELA AYUB, knowing the property involved in the financial transaction below represented the proceeds of some form of unlawful activity, did knowingly conduct a financial transaction affecting interstate and foreign commerce, to wit, deposit of a check for $128,000 issued from a bank account in the name of SD Medical Equipment, which involved the proceeds of a specified unlawful activity, that is, health care fraud in violation of Title 18, United States Code, Section 1347, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity; in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

VHC:nlv:San Diego:11/20/24

<u>Criminal Forfeiture</u>

Upon conviction of the above allegation of this Indictment and pursuant to Title 18, United States Code, Section 982(a)(1), defendant FERNANDO VALENZUELA AYUB shall forfeit to the United States any property, real and personal, involved in the offense and all property traceable thereto.

If, as a result of any act or omission of defendant FERNANDO VALENZUELA AYUB, any of the above-described forfeited property cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), made applicable herein by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture. All pursuant to Title 18, United States Code, Sections 982(a)(1) and 982(b).

DATED: November 21, 2024.

A TRUE BILL:

[signature redacted]

TARA K. McGRATH
United States Attorney

By: /s/ Valerie H. Chu
VALERIE H. CHU
Assistant U.S. Attorney

2