**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> FERNANDO VALENZUELA AYUB, <br><br> Defendant. | Case No. <u>24CR2488-DMS</u> <br><br> SUPERSEDING <br> **I N F O R M A T I O N** <br><br> Title 18, U.S.C., Sec. 1956(h) and Title 18, U.S.C., Sec. 1957(a) and (d) – Money Laundering Conspiracy; Title 18, U.S.C., Sec. 982(a) — Criminal Forfeiture |

The Acting United States Attorney charges:

### Count 1

From on or about May 2020 through March 2024, in the Southern District of California and elsewhere, defendant FERNANDO VALENZUELA AYUB did knowingly combine, conspire, and agree with Co-Conspirator #1 and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956 and Section 1957, to wit: to knowingly engage and attempt to engage, in monetary transactions by, through or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, health care

fraud and paying unlawful kickbacks, in violation of Title 18, United States Code, Section 1957(a) and (d), all in violation of Title 18, United States Code, Section 1956(h).

**<u>Criminal Forfeiture Allegations</u>**

The allegations contained in Count 1 above are incorporated herein for purposes of alleging forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(1).

Upon conviction of the offense set forth in Count 1 of the Information, FERNANDO VALENZUELA AYUB shall forfeit to the United States of America all rights, title, and interest, pursuant to Title 18, United States Code, Section 982(a)(1), in any property, real and personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense in Count 1.

In the event that any of the property described above, as a result of any act or omission of the Defendant:

　　　1. cannot be located upon the exercise of due diligence;

　　　2. has been transferred or sold to, or deposited with, a third party;

　　　3. has been placed beyond the jurisdiction of the court;

　　　4. has been substantially diminished in value; or

　　　5. has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any

///

///

///

///

2

other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982.

DATED: __May 15, 2025__ .

ADAM GORDON
United States Attorney

_____
BLANCA QUINTERO
Assistant U.S. Attorney

3